```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 15095
    TONY RICE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9876

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/17/2006 and was confirmed 02/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED            .00            .00
BLAZER FINANCIAL         UNSEC W/INTER  NOT FILED            .00            .00
NATIONWIDE COMMERCIAL LP UNSEC W/INTER    2237.66          51.76            .00
LVNV FUNDING             UNSEC W/INTER  NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER    2705.85          79.75            .00
PEOPLES GAS              UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER  NOT FILED            .00            .00
SPRINT PCS               UNSEC W/INTER  NOT FILED            .00            .00
HSBC CARSON              UNSEC W/INTER  NOT FILED            .00            .00
SBC                      UNSEC W/INTER  NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER     496.21            .00            .00
MEDICAL PAYMENT DATA     UNSEC W/INTER  NOT FILED            .00            .00
CERTEGY                  UNSEC W/INTER  NOT FILED            .00            .00
CERTEGY                  UNSEC W/INTER  NOT FILED            .00            .00
AT&T WIRELESS            UNSEC W/INTER  NOT FILED            .00            .00
GOODYEAR                 UNSEC W/INTER  NOT FILED            .00            .00
AFNI/VERIZON WIRELESS    UNSEC W/INTER     618.53            .00            .00
ACL LABORATORIES         UNSEC W/INTER     156.00            .00            .00
KMART                    UNSEC W/INTER  NOT FILED            .00            .00
CERTEGY                  UNSEC W/INTER  NOT FILED            .00            .00
CERTEGY                  UNSEC W/INTER  NOT FILED            .00            .00
MEDICAL                  UNSEC W/INTER  NOT FILED            .00            .00
CERTEGY                  UNSEC W/INTER  NOT FILED            .00            .00
VECTOR MARKETING CORP    UNSEC W/INTER  NOT FILED            .00            .00
CERTEGY                  UNSEC W/INTER  NOT FILED            .00            .00
VERIZON WIRELESS         UNSEC W/INTER  NOT FILED            .00            .00
CERTEGY                  UNSEC W/INTER      52.61            .00            .00
MEDICAL PAYMENT DATA     UNSEC W/INTER  NOT FILED            .00            .00
RESURGENCE FINANCIAL LLC UNSEC W/INTER   11174.53         271.21            .00
RESURGENCE FINANCIAL LLC NOTICE ONLY    NOT FILED            .00            .00
GMAC                     UNSEC W/INTER   15584.76         543.80            .00
ACL LABORATORIES         UNSEC W/INTER     401.00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15095 TONY RICE
```

```
ACL LABORATORIES           UNSEC W/INTER     507.23             .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    4265.67          141.07             .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     750.05           16.32             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     440.00             .00             .00
LANDA RANDOLPH             NOTICE ONLY    NOT FILED             .00             .00
MARTIN J OHEARN            DEBTOR ATTY      2,199.00                         2,199.00
TOM VAUGHN                 TRUSTEE                                             220.97
DEBTOR REFUND              REFUND                                               54.12

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   3,578.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
    INTEREST                                1,103.91
ADMINISTRATIVE                              2,199.00
TRUSTEE COMPENSATION                          220.97
DEBTOR REFUND                                  54.12
                         ---------------  ---------------
TOTALS                    3,578.00          3,578.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/23/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE